**BRYAN CAVE LEIGHTON PAISNER LLP**
Jed P. White (California Bar No. 232339)
jed.white@bclplaw.com
Jasdeep S. Atwal (California Bar No. 318309)
jasdeep.atwal@bclplaw.com
120 Broadway, Suite 300
Santa Monica, CA 90401-2386
Tel: (310) 576-2100 / Fax: (310) 576-2200

K. Lee Marshall (CA Bar No. 277092)
klmarshall@bclplaw.com
Three Embarcadero Center, 7th Floor
San Francisco, California 94111
Tel:  (415) 675-3400
Fax: (415) 675-3434

Attorneys for Defendant
REGUS MANAGEMENT GROUP, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TROY ARCE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>REGUS MANAGEMENT GROUP, LLC,<br><br>　　　　　Defendants. | Case No. 3:21-cv-05830-VC<br><br>Hon. Vince Chhabria<br><br>**DECLARATION OF FRED NASSERZADEH IN SUPPORT OF DEFENDANT'S MOTION TO COMPEL ARBITRATION**<br><br>[Filed concurrently with Notice of Motion and Motion; Declaration of Jed P. White]<br><br>Date:　　　　November 4, 2021<br>Time:　　　　2:00 p.m.<br>Courtroom:　4<br><br>Action Filed:　　July 29, 2021<br>Trial Date:　　　Not assigned. |

DECLARATION OF FRED NASSERZADEH

## **DECLARATION OF FRED NASSERZADEH**

I, Fred Nasserzadeh, declare as follows:

1.  I am a Sales Manager for defendant Regus Management Group, LLC ("Regus") and have held that position since October 1, 2019. Except where stated on information and belief, the following facts are true of my own personal knowledge and, if called upon to testify to the truth thereof, I could and would competently do so under oath.

2.  Regus provides private office space in locations nationwide and internationally, with approximately 1,001 locations throughout the United States.

3.  In my capacity as Sales Manager, I have access to and I am familiar with Regus's business records related to Regus clients such as plaintiff Troy Arce ("Plaintiff").

4.  On April 20, 2021, Plaintiff toured the Regus business center located at 1101 Marina Village Parkway, Suite 201, Alameda, California 94501 (the "Business Center").

5.  During the tour, Plaintiff told me he was interested in obtaining an office at the Business Center, but said he would like to tour other office spaces before making a final decision. I told Plaintiff there was limited capacity at the Business Center for the months of May and beyond. Indeed, the business center was at 92% occupancy for the month of May.

6.  After I told Plaintiff there was limited capacity at the Business Center, Plaintiff decided to move forward with an office agreement to secure his preferred office at the Business Center.

7.  I emailed Plaintiff a form office agreement for Plaintiff's review and execution. Plaintiff could not open the office agreement on his phone, so I offered to let him complete an office agreement on my tablet. Plaintiff agreed and filled out an office agreement on my tablet.

8.  Attached hereto as **Exhibit A** is a true and correct copy of the office agreement Plaintiff filled out and electronically signed on April 20, 2021.

For the convenience of the Court, below are screenshots of relevant portions of the office agreement with pertinent information underlined and/or bracketed:

## Regus — Office Agreement

This agreement provides the key information you need to move ahead with your office. You can accept the agreement by clicking the blue button at the bottom of the page, or alternatively if you have any questions or need any assistance then please call our helpline on +1-855-400-3575

**Agreement Date :** April 20, 2021     **Confirmation No :** 12027093

### Terms and Conditions

We are Regus Management Group, LLC, referred to in the terms and conditions as "We", "Us", "Our". The Company Name listed above will be referred to in the terms and conditions as "You", "Your". This Agreement incorporates Our terms of business set out on attached Terms and Conditions, attached House Rules and Service Price Guide (where available), which You confirm You have read and understood. We both agree to comply with those terms and our obligations as set out in them. This agreement is binding from the agreement date and may not be terminated once it is made, except in accordance with its terms. Note that the Agreement does not come to an end automatically. See "Automatic Renewal" section of Your terms and conditions for the notice terms if You wish to end your agreement.

**AGREEMENT TO ARBITRATE; CLASS ACTION WAIVER:** Any dispute or claim relating in any way to this agreement shall be resolved by binding arbitration administered by the American Arbitration Association in accord with its Commercial Arbitration Rules (available at www.adr.org), except that You or We may assert claims in small claims court and You and We may pursue court actions to remove You, or prevent Your removal, from the Center if You do not leave when this agreement terminates. The arbitrator shall have exclusive authority to resolve any dispute relating to the interpretation, applicability, enforceability, or formation of this agreement. The arbitrator shall not conduct arbitration as a class or representative action. You and We acknowledge that this agreement is a transaction in interstate commerce governed by the Federal Arbitration Act. You and We agree to waive any right to pursue any dispute relating to this agreement in any class, private attorney general, or other representative action.

☑ I accept the terms and conditions     📄 Download the terms and conditions

📄 Download the house rules

**Confirm by typing your name in the box below**

Name : Troy Arce     on behalf of Troy Arce

Signed on April 20, 2021

I confirm these details are correct to the best of my knowledge

9. After Plaintiff filled out and signed the office agreement, I told him he could provide his payment information to Regus at a later date.

10. Before Plaintiff filled out the office agreement, I explained to Plaintiff that the office agreement was a binding agreement authorizing Plaintiff to use an office at the Business Center in exchange for a monthly payment. I never communicated to Plaintiff that Plaintiff was filling out an application or a statement of interest in an office at the Business Center.

11. Attached hereto as **Exhibit B** is a true and correct copy of an email exchange dated April 26, 2021 between Plaintiff and me.

I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed 9-02-21 at Alameda County, California.

_____
Fred Nasserzadeh

09-02-21