# EXHIBIT B

**From:** Troy Arce
**Sent:** Monday, April 26, 2021 6:26 PM
**To:** Fred Nasserzadeh
**Subject:** Re: Regus

I cant do it Fred. I am sorry for that. I am unable to pay as some unexpected expenses came up recently.

Troy Arce, DACM, LAc
510.606.0701

On Monday, April 26, 2021, 12:52:09 PM PDT, Fred Nasserzadeh <fred.nasserzadeh@iwgplc.com> wrote:

Hi Troy,

I hope you are well.

I Just saw that invoice has been generated for your office. Please visit Myregus.com and under payments and invoices make the initial payment so our center team can hand you your keys and set up the office for you.

Thank you and please let me know if you have any questions.

Best,

Fred Nasserzadeh

**Area Manager- San Francisco Bay Area**

**C: 415 966 9573**

The information contained in this e-mail (including any attachments) is intended only for the personal and confidential use of the recipient(s) named above. If you are not an intended recipient of this message, please notify the sender by replying to this message and then delete the message and any copies from

your system. Any use, dissemination, distribution, or reproduction of this message by unintended recipients, is not authorised and may be unlawful.