**BRYAN CAVE LEIGHTON PAISNER LLP**
Jed P. White (California Bar No. 232339)
jed.white@bclplaw.com
Jasdeep S. Atwal (California Bar No. 318309)
jasdeep.atwal@bclplaw.com
120 Broadway, Suite 300
Santa Monica, CA 90401-2386
Tel: (310) 576-2100 / Fax: (310) 576-2200

K. Lee Marshall (CA Bar No. 277092)
klmarshall@bclplaw.com
Three Embarcadero Center, 7th Floor
San Francisco, California 94111
Tel:  (415) 675-3400 / Fax: (415) 675-3434

Attorneys for Defendant
REGUS MANAGEMENT GROUP, LLC

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROY ARCE,<br><br>                    Plaintiff,<br><br>         v.<br><br>REGUS MANAGEMENT GROUP, LLC,<br><br>                    Defendants. | Case No. 3:21-cv-05830-VC<br><br>Hon. Vince Chhabria<br><br>**DECLARATION OF JED P. WHITE IN SUPPORT OF DEFENDANT'S MOTION TO COMPEL ARBITRATION**<br><br>[Filed concurrently with Notice of Motion and Motion; Declaration of Fred Nasserzadeh]<br><br>Date:            November 4, 2021<br>Time:            2:00 p.m.<br>Courtroom:   4<br><br>Action Filed:   July 29, 2021<br>Trial Date:       Not assigned. |

# DECLARATION OF JED P. WHITE

I, Jed P. White, declare as follows:

1. I am an attorney at law admitted to practice before all of the courts in the state of California. I am a partner with the law firm Bryan Cave Leighton Paisner LLP, counsel of record for Defendant Regus Management Group, LLC ("Regus") in the above-referenced action. I am over eighteen years of age and am fully competent to make this Declaration in support of Regus' Motion to Compel Arbitration. Except where otherwise stated, I have personal knowledge of the following, and if called upon to testify as a witness, I could and would competently testify to the matters stated herein.

2. Attached hereto as **Exhibit A** is a true and correct copy of the current version of the American Arbitration Association's ("AAA") Commercial Arbitration Rules, which were in effect as of the date the parties entered into the subject Office Agreement.

3. On August 31, 2021, I attempted to reach Nicholas M. Wajda of Wajda Law Group, APC, who is identified as counsel for Plaintiff Troy Arce ("Plaintiff") to obtain Plaintiff's stipulation to arbitration or in the alternative a mutually agreeable hearing date for this motion to compel arbitration. I spoke with Carlos C. Alsina-Batista of Wajda Law Group, APC. During the call, and subsequently via email, Mr. Alsina-Batista requested that I send him a copy of the arbitration agreement, which I did via email on August 31, 2021. I did not receive a response from Mr. Alsina-Batista, so I wrote again on September 2, 2021. On September 3, 2021, Mr. Alsina-Batista informed me that "Atlas Consumer Group" ("Atlas") would serve as counsel for Plaintiff going forward, that Atlas had been apprised of our communications, and that Atlas would contact me shortly. Attached as **Exhibit B** is a true and correct copy of these email exchanges with Mr. Alsina-Batista.

4. As of September 7, 2021, I have received no communications from counsel for Plaintiff, including Atlas, regarding this action, Regus' motion to compel arbitration, or a mutually agreeable hearing date for the motion to compel arbitration.

I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed September 7, 2021, at Santa Monica, California.

*/s/ Jed P. White*

Jed P. White