# EXHIBIT B

| | |
|---|---|
| **From:** | Carlos Alsina-Batista <CAlsinabatista@wajdalawgroup.com> |
| **Sent:** | Friday, September 3, 2021 11:04 AM |
| **To:** | White, Jed |
| **Cc:** | Peter Mulcahy; Nicholas Wajda; Bryan Harris; Litigation Litigation; Atwal, Jasdeep; Marshall, Lee |
| **Subject:** | RE: Troy Arce v. Regus Management Group, LLC - 3:21-cv-05830-VC - Arbitrability of claims |

Hi, Jed,

Pardon the delay in responding, but it looks like this case will be handled going forward by Atlas Consumer Group.

They were apprised of our communications, the pending arbitrability issue and should reach out to you soon.

Thanks,

Carlos

Carlos C. Alsina-Batista



Wajda Law Group, APC
6167 Bristol Parkway, Suite 200
Culver City, CA 90230
Tel. (888) 213-0169
Fax (866) 286-8433

CAlsinaBatista@wajdalawgroup.com
Website: www.wajdalawgroup.com
*\*\*Offices in Los Angeles, San Diego, Riverside, Sacramento, Reno and Las Vegas*

**Are debt collectors harassing you? If so, you may be entitled to MONEY if collection agencies are violating the law! Please call our toll free number at 866-213-0705.**
www.RecoveryLawGroup.com

**CONFIDENTIALITY**: The information contained in this e-mail message and accompanying documents are covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521 and contains confidential information intended only for use by the specified individual(s) and/or entity(s) named above. If you are not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this e-mail in error and any review, dissemination, copying or the taking of any action based on the contents of this communication and/or attached documents is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone or email and delete the original message without making a copy. This message, together with any attachments, is intended for the use of the individual or entity to which it is addressed and contains information that is **LEGALLY PROTECTED BY THE ATTORNEY-CLIENT PRIVILEGE, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE**.

**NOT LEGAL ADVICE:** If you are not an existing client of Recovery Law Group, APC do not construe anything in this e-mail to make you a client of Recovery Law Group, APC Any information in this communication is for discussion purposes only, and is not offered as legal advice. There is no right to rely on the information contained in this communication and **no attorney-client relationship is formed**.

**CIRCULAR 230 DISCLAIMER:** To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or tax related matter(s) addressed therein.

---

**From:** White, Jed <jed.white@bclplaw.com>
**Sent:** Thursday, September 2, 2021 5:11 PM
**To:** Carlos Alsina-Batista <CAlsinabatista@wajdalawgroup.com>
**Cc:** Peter Mulcahy <Pmulcahy@wajdalawgroup.com>; Nicholas Wajda <nick@wajdalawgroup.com>; Bryan Harris <bharris@recoverylawgroup.com>; Litigation Litigation <litigation@recoverylawgroup.com>; Atwal, Jasdeep <jasdeep.atwal@bclplaw.com>; Marshall, Lee <klmarshall@bclplaw.com>
**Subject:** RE: Troy Arce v. Regus Management Group, LLC - 3:21-cv-05830-VC - Arbitrability of claims


Carlos,

Just writing back to see if there's any movement regarding stipulating to arbitration or early settlement. Our deadline to respond to the complaint is September 7, 2021, and we will file our motion to compel arbitration by that date if we can't reach an agreement.

Also, the October 21, 2021 hearing date is now no longer available for Judge Chhabria, so we suggest a hearing date of October 28, 2021 for our motion to compel arbitration. (Judge Chhabria hears law and motions on Thursdays at 2 pm.) If I don't hear back from you, I will assume that October 28 is acceptable.

I'm available tomorrow if you would like to discuss over the phone.

Thanks.



JED WHITE
Partner
BRYAN CAVE LEIGHTON PAISNER LLP - Santa Monica, CA USA
jed.white@bclplaw.com
T: +1 310 576 2114 M: +1 323 788 3904

---

**From:** White, Jed <jed.white@bryancave.com>
**Sent:** Tuesday, August 31, 2021 2:30 PM
**To:** 'Carlos Alsina-Batista' <CAlsinabatista@wajdalawgroup.com>
**Cc:** Peter Mulcahy <Pmulcahy@wajdalawgroup.com>; Nicholas Wajda <nick@wajdalawgroup.com>; Bryan Harris <bharris@recoverylawgroup.com>; 'Litigation Litigation' <litigation@recoverylawgroup.com>; Atwal, Jasdeep <jasdeep.atwal@bryancave.com>; Marshall, Lee <klmarshall@bryancave.com>
**Subject:** RE: Troy Arce v. Regus Management Group, LLC - 3:21-cv-05830-VC - Arbitrability of claims

Carlos,

It was a pleasure speaking with you today. Attached is the agreement signed by Mr. Arce—the arbitration provision is on the first page. I look forward to hearing from you regarding stipulating to arbitration and potential for early settlement, and I'll add that in the event both of those aren't workable I wanted to suggest October 21, 2021 as the hearing date for our motion to compel arbitration (Judge Chhabria hears law and motions on Thursdays at 2 pm).

Thanks.



JED WHITE
Partner
BRYAN CAVE LEIGHTON PAISNER LLP - Santa Monica, CA USA
jed.white@bclplaw.com
T: +1 310 576 2114 M: +1 323 788 3904

---

**From:** Carlos Alsina-Batista <CAlsinabatista@wajdalawgroup.com>
**Sent:** Tuesday, August 31, 2021 2:13 PM
**To:** White, Jed <jed.white@bryancave.com>
**Cc:** Peter Mulcahy <Pmulcahy@wajdalawgroup.com>; Nicholas Wajda <nick@wajdalawgroup.com>; Bryan Harris <bharris@recoverylawgroup.com>; 'Litigation Litigation' <litigation@recoverylawgroup.com>
**Subject:** Troy Arce v. Regus Management Group, LLC - 3:21-cv-05830-VC - Arbitrability of claims

Hi, Jed,

Thank you for reaching out today to discuss your client's proffered arbitration agreement between the parties. In order to forego needless procedural litigation, would you please provide the same by email, that we may stipulate arbitrability if appropriate?

We also discussed that, in the meantime, we will talk to our client about an early settlement demand and get back to you.

Thanks again.

Carlos

Carlos C. Alsina-Batista



Wajda Law Group, APC
6167 Bristol Parkway, Suite 200
Culver City, CA 90230
Tel. (888) 213-0169
Fax (866) 286-8433

CAlsinaBatista@wajdalawgroup.com
Website: www.wajdalawgroup.com
*** Offices in Los Angeles, San Diego, Riverside, Sacramento, Reno and Las Vegas*

**Are debt collectors harassing you? If so, you may be entitled to MONEY if collection agencies are violating the law! Please call our toll free number at 866-213-0705.**
www.RecoveryLawGroup.com

**CONFIDENTIALITY**: The information contained in this e-mail message and accompanying documents are covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521 and contains confidential information intended only for use by the specified individual(s) and/or entity(s) named above. If you are not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this e-mail in error and any review, dissemination, copying or the taking of any action based on the contents of this communication and/or attached documents is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone or email and delete the original message without making a copy. This message, together with any attachments, is intended for the use of the individual or entity to which it is addressed and contains information that is **LEGALLY PROTECTED BY THE ATTORNEY-CLIENT PRIVILEGE, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE**.

**NOT LEGAL ADVICE:** If you are not an existing client of Recovery Law Group, APC do not construe anything in this e-mail to make you a client of Recovery Law Group, APC Any information in this communication is for discussion purposes only, and is not offered as legal advice. There is no right to rely on the information contained in this communication and **no attorney-client relationship is formed**.

**CIRCULAR 230 DISCLAIMER:** To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or tax related matter(s) addressed therein.

This electronic message is from a law firm. It may contain confidential or privileged information. If you received this transmission in error, please reply to the sender to advise of the error and delete this transmission and any attachments.

We may monitor and record electronic communications in accordance with applicable laws and regulations. Where appropriate we may also share certain information you give us with our other offices (including in other countries) and select third parties. For further information (including details of your privacy rights and how to exercise them), see our updated Privacy Notice at www.bclplaw.com.