**WAJDA LAW GROUP, APC**
Nicholas M. Wajda (Cal. Bar No. 259178)
6167 Bristol Parkway, Suite 200
Culver City, California 90230
+1 310-997-0471
nick@wajdalawgroup.com
*Attorney for the Plaintiff*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROY ARCE,<br><br>         Plaintiff,<br><br>    v.<br><br>REGUS MANAGEMENT GROUP, LLC,<br><br>         Defendant. | Case No.  3:21-cv-05830-VC<br><br>**JOINT STIPULATION TO ARBITRATE** |

Plaintiff Troy Arce and Defendant Regus Management Group, LLC ("Parties"), by and through their undersigned counsel, hereby stipulate to arbitrate Plaintiff's claims in this matter. The Parties file this stipulation to give notice to the Court of the parties' agreement to dismiss this matter and arbitrate their dispute. The Parties also stipulate that, by October 21, 2021, Plaintiff will dismiss this matter without prejudice and, if Plaintiff chooses, submit an arbitration demand to the American Arbitration Association.

1

DATED: September 21, 2021

| | |
|---|---|
| */s/ Nicholas M. Wajda* | */s/ Jed P. White* |
| **WAJDA LAW GROUP, APC** | **BRYAN CAVE LEIGHTON PAISNER LLP** |
| Nicholas M. Wajda (Cal. Bar No. 259178) | Jed P. White (California Bar No. 232339) |
| 6167 Bristol Parkway, Suite 200 | jed.white@bclplaw.com |
| Culver City, California 90230 | Jasdeep S. Atwal (California Bar No. 318309) |
| +1 310-997-0471 | jasdeep.atwal@bclplaw.com |
| nick@wajdalawgroup.com | 120 Broadway, Suite 300 |
| | Santa Monica, CA 90401-2386 |
| | Tel: (310) 576-2100 / Fax: (310) 576-2200 |
| | K. Lee Marshall (CA Bar No. 277092) |
| | klmarshall@bclplaw.com |
| | Three Embarcadero Center, 7th Floor |
| | San Francisco, California 94111 |
| | Tel: (415) 675-3400 |
| | Fax: (415) 675-3434 |
| | *Attorneys for Defendant* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 21, 2021, I electronically filed the foregoing with the Clerk of the Court for the Northern District of California by using the CM/ECF system.

                                              */s/ Nicholas M. Wajda*
                                              Nicholas M. Wajda